United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14602-jkf
Kathleen D. Emmons                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR            Page 1 of 1          Date Rcvd: Dec 08, 2017
                          Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2017.
db             +Kathleen D. Emmons,    1 Settlers Drive,    Doylestown, PA 18901-2461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2017 at the address(es) listed below:
      DIANA M. DIXON    on behalf of Debtor Kathleen D. Emmons dianamdixonesq@gmail.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us
      KERI P EBECK    on behalf of Creditor    LSF9 Master Participation Trust kebeck@weltman.com, jbluemle@weltman.com
      KEVIN M. BUTTERY    on behalf of Creditor    U.S. Bank Trust, N.A. bkyefile@rasflaw.com
      MARIO J. HANYON    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
      REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                               TOTAL: 8

WWR# 21390588

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Kathleen D. Emmons<br>               Debtor<br>Greg B Emmons<br>               Co-Debtor<br><br>LSF9 Master Participation Trust<br>               Movant | CASE NO.  17-14602-jkf<br>CHAPTER  13<br><br><br><br>Hearing Date: 11/15/2017<br>Hearing Time: 09:30 am |

## ORDER GRANTING RELIEF TO MOVANT FROM THE STAY AND THE CO-DEBTOR STAY

AND NOW, this 7th day of December, 2017, upon certification of no response by counsel of Movant, LSF9 Master Participation Trust, it is **ORDERED** and **DECREED** that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code), 11 U.S.C. Section 362 and 1301, is **terminated** as to Movant with respect to the premises located at 12544 River Run Lane, Unit 85, Berlin, MD 21811 and Movant is **granted** relief from the co-debtor stay in Section 1301 to pursue the co-maker, Greg B Emmons, for repayment of the obligation to Movant.

_____
HONORABLE Jean K. FitzSimon
U.S. BANKRUPTCY JUDGE

Movant's Counsel:
Keri P. Ebeck, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219

Debtor:
Kathleen D. Emmons, 1 Settlers Drive, Doylestown, PA 18901

Co Debtor:
Greg B Emmons, 12544 River Run Lane, Unit 85, Berlin, MD 21811

Debtor's Counsel:
Diana M. Dixon, 107 N. Broad Street, Suite 307, Doylestown, PA 18901

Trustee:
Frederick L. Reigle, 2901 St. Lawrence Avenue, P.O. Box 4010, Reading, PA 19606

United States Trustee:
Office of the U.S. Trustee, 833 Chestnut St., Suite 500, Philadelphia, PA 19107