UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

KATHLEEN D. EMMONS

Debtor : BANKRUPTCY NO. 17-14602

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Kindly note for the record, upon agreement with the Debtor, I am withdrawing my appearance to allow Greg B. Emmons, Esq. to enter his appearance on behalf of the Debtor. All further communication to the Debtor shall be addressed to Greg B. Emmons, Esq., 1 Settlers Drive, Doylestown, PA 18901, telephone communication directed to 267-454-0987 and emails addressed to GBE119.GE@GMAIL.COM. Mr. Emmons Entry of Appearance is provided below.

Date: 12-18-17

Respectfully submitted,

Diana M. Dixon, Esq.

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Kindly enter my appearance upon the withdrawal of attorney Diana M. Dixon for the legal representation of Kathleen D. Emmons. All further communications should be directed to the undersigned.

Date: 12/14/17

Respectfully submitted,

Greg B. Emmons, Esq.
PA. Attorney ID # 28110
1 Settlers Drive, Doylestown, PA. 18901
267-454-0987
GBE119.GE@GMAIL.COM