United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 17-14602-jkf
Kathleen D. Emmons                                                  Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: DonnaR              Page 1 of 2              Date Rcvd: Dec 28, 2017
                              Form ID: pdf900           Total Noticed: 22
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2017.
db             +Kathleen D. Emmons,   1 Settlers Drive,   Doylestown, PA 18901-2461
aty            +GREG B. EMMONS,   1 Settlers Drive,   Doylestown, Pa 18901-2461
cr             +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
cr             +U.S. Bank Trust, N.A.,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Ste 100,
                 Boca Raton, FL 33487,    UNITED STATES 33487-2853
14014887        Bayview Loan Servicing, LLC,   Bankruptcy Department,   P.O. Box 840,   Buffalo, NY 14240-0840
13947887        Capital One Bank (USA), NA,   PO Box 71083,   Charlotte, NC 28272-1083
14013306        Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
13947888       +Chase Bank USA, NA,   PO Box 15123,   Wilmington, DE 19850-5123
13947889       +Citibank, NA,   4600 Houston Road,   Florence, KY 41042-4820
13947890       +Hayt, Hayt & Landau, LLC,   Two Industrial Way West,   Eatontown, NJ 07724-2279
14019142       +LSF9 Master Participation Trust,   Caliber Home Loans, Inc.,   P.O. Box 24330,
                 Oklahoma City, OK 73124-0330
14030594       +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982
13947895        PNC Bank,   PO Box 747032,   Pittsburgh, PA 15274-7032
13947894       +Phelan Hallinan Diamond & Jones, LLP,   1617 JFK Blvd., Suite 1400,   One Penn Center Plaza,
                 ATTN: Christina M. Zern, Esq.,   Philadelphia, PA 19103-1823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 29 2017 00:38:56    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 29 2017 00:38:50    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13947885       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 29 2017 00:38:51
                 Bayview Loan Servicing, LLC,   4425 Ponce de Leon Blvd.,   5th Floor,   Miami, FL 33146-1837
13947886       +E-mail/Text: notices@burt-law.com Dec 29 2017 00:39:04    Burton Neil & Associates,
                 Trenton A. Farmer, Esq.,   1060 Andrew Drive,   Suite 170,   West Chester, PA 19380-5601
13947891       +E-mail/Text: cio.bncmail@irs.gov Dec 29 2017 00:38:26    IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
13947892        E-mail/Text: bnckohlsnotices@becket-lee.com Dec 29 2017 00:38:25    Kohls,   PO Box 2983,
                 Milwaukee, WI 53201-2983
13947893        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 29 2017 00:38:37    PA Dept of Revenue,
                 ATTN: Bankruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0946
13972170       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 29 2017 00:38:37
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2017 at the address(es) listed below:
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          KERI P EBECK    on behalf of Creditor    LSF9 Master Participation Trust kebeck@weltman.com,
           jbluemle@weltman.com
          KEVIN M. BUTTERY    on behalf of Creditor    U.S. Bank Trust, N.A. bkyefile@rasflaw.com
```

```
District/off: 0313-2          User: DonnaR              Page 2 of 2            Date Rcvd: Dec 28, 2017
                              Form ID: pdf900           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         MARIO J. HANYON    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
         REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| **Kathleen D. Emmons,** | : | |
| Debtor. | : | Case No. 17-14602 (JFK) |

## ORDER

AND NOW, upon consideration of the **Motion for Sanctions** *("*the Motion")*, and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **Granted.**

2. A **TELEPHONIC** hearing to consider the Motion shall be held on **Thursday, December 29, 2017, at 9:00 a.m. Using a land line**, the parties are directed to call the Court's telephone conferencing system by dialing **877-336-1828; Code 8760084.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors, and all priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than **5:00 p.m. on Wednesday, December 28, 2017.** If the hearing is scheduled less than 48 hours after the Movant receives this Order, Movant shall give immediate telephonic notice of the hearing to the above as well.

5. The Movant shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by facsimile or e-mail transmission no later than **5:00 p.m. on Wednesday, December 28, 2017.**

6. Prior to the hearing, the Movant shall file a Certification setting forth compliance with the service requirements of Paragraphs 4 and 5 above as applicable.

Dated: December 28, 2017.

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge

Copies to:

**Movant's Counsel** (for service)
Greg B. Emmons, Esquire
One Settlers Drive
Doylestown, PA  18901