### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Kathleen D. Emmons

　　　　Debtor(s)

Case No: 17–14602–jkf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

STATUS HEARING Set Regarding the Emergency Motion For Sanctions Filed by Kathleen D. Emmons

on: 1/24/18

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/16/18

Timothy B. McGrath
Clerk of Court