United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 17-14602-jkf
Kathleen D. Emmons                                                                              Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Joan                Page 1 of 1                Date Rcvd: Jan 16, 2018
                       Form ID: 167               Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2018.
```
db            +Kathleen D. Emmons,    1 Settlers Drive,    Doylestown, PA 18901-2461
aty           +GREG B. EMMONS,    1 Settlers Drive,    Doylestown, Pa 18901-2461
cr            +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
cr            +U.S. Bank Trust, N.A.,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Ste 100,
                Boca Raton, FL 33487,    UNITED STATES 33487-2853
14014887       Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13947885      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 17 2018 01:41:38
               Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd.,    5th Floor,    Miami, FL 33146-1837
                                                                                                TOTAL: 1
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              KERI P EBECK    on behalf of Creditor    LSF9 Master Participation Trust kebeck@weltman.com,
               jbluemle@weltman.com
              KEVIN M. BUTTERY    on behalf of Creditor    U.S. Bank Trust, N.A. bkyefile@rasflaw.com
              MARIO J. HANYON    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Kathleen D. Emmons
    Debtor(s)

Case No: 17–14602–jkf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

STATUS HEARING Set Regarding the Emergency Motion For Sanctions Filed by Kathleen D. Emmons

on: 1/24/18

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/16/18

Timothy B. McGrath
Clerk of Court

54 – 50
Form 167