UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KATHLEEN D. EMMONS | : | |
| Debtor | : | BANKRUPTCY NO. 17-14602 |
| KATHLEEN D. EMMONS AND GREG B. EMMONS, Movants | | |
| BAYVIEWLOANSERVICING,LLC, Respondent/Creditor | | |

### WITHDRAWAL OF MOTION FOR SANCTIONS

The Debtor hereby withdraws the Motion for Sanctions against the Respondent/Creditor under this pending Chapter 13 action as a result of conversion of the bankruptcy to a Chapter 7 action, with all rights to refile under appropriate remedies.

Respectfully submitted,

_____
Greg B. Emmons, Esq.
Attorney for Debtor/Movant

Date:   January 30, 2018



FILED
JAN 30 2018
BY _____ TIMOTHY McGRATH, CLERK
DEP. CLERK