| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Greg B. Emmons, Esq.<br>1 Settlers Drive<br>Doylestown, PA  18901<br><br>☐ Debtor appearing without attorney<br>☒ Attorney for Debtor | **FILED**<br>JAN 3 0 2018<br>TIMOTHY McGRATH, CLERK<br>BY _____ DEP. CLERK |

**UNITED STATES BANKRUPTCY COURT**

| In re:<br><br>KATHLEEN D. EMMONS<br><br><br><br>Debtor(s). | CASE NO.: 17-14602JKF<br>CHAPTER: 13<br><br>**DEBTOR'S NOTICE OF CONVERSION OF BANKRUPTCY CASE FROM CHAPTER 13 TO CHAPTER 7 [11 U.S.C. § 1307(a),**<br><br>[No hearing or order required] |
|---|---|

PLEASE TAKE NOTICE THAT DEBTOR CONVERTS THIS CHAPTER 13 CASE TO A CASE UNDER CHAPTER 7 ON THE FOLLOWING GROUNDS:

1. A voluntary petition under chapter 13 was filed on (*insert date*): 07/06/2017

2. Name of chapter 13 trustee: Frederick L. Reigle, Esq.

3. The additional filing fee is being paid concurrently with the filing of this notice.

4. This notice of conversion is filed in good faith, and Debtor is eligible for relief under chapter 7.

Date: 01/30/2018

Respectfully submitted,

_____
Signature of Debtor or attorney for Debtor

Greg B. Emmons, Esq.
Printed name of Debtor or attorney for Debtor