*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 7

Kathleen D. Emmons                                              : Case No. 17–14602–jkf
                    Debtor(s)

## *ORDER*
_____

AND NOW, this day , May 18, 2018 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

75
Form 195