United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-14602-jkf
Kathleen D. Emmons                                                        Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 2          Date Rcvd: May 18, 2018
                             Form ID: 318          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2018.
```
db              +Kathleen D. Emmons,   1 Settlers Drive,   Doylestown, PA 18901-2461
aty             +GREG B. EMMONS,   1 Settlers Drive,   Doylestown, Pa 18901-2461
14014887         Bayview Loan Servicing, LLC,   Bankruptcy Department,   P.O. Box 840,   Buffalo, NY 14240-0840
13947889        +Citibank, NA,   4600 Houston Road,   Florence, KY 41042-4820
13947890        +Hayt, Hayt & Landau, LLC,   Two Industrial Way West,   Eatontown, NJ 07724-2279
14019142        +LSF9 Master Participation Trust,   Caliber Home Loans, Inc.,   P.O. Box 24330,
                 Oklahoma City, OK 73124-0330
14037420        +M&T BANK,   PO BOX 1508,   BUFFALO, NY 14240-1508
14030594        +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982
13947895         PNC Bank,   PO Box 747032,   Pittsburgh, PA 15274-7032
13947894        +Phelan Hallinan Diamond & Jones, LLP,   1617 JFK Blvd., Suite 1400,   One Penn Center Plaza,
                 ATTN: Christina M. Zern, Esq.,   Philadelphia, PA 19103-1823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: QRHHOLBER.COM May 19 2018 05:53:00    ROBERT H. HOLBER,   Robert H. Holber PC,
                 41 East Front Street,   Media, PA 19063-2911
smg              E-mail/Text: bankruptcy@phila.gov May 19 2018 01:59:00    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 19 2018 01:58:50    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13947885        +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 19 2018 01:58:51
                 Bayview Loan Servicing, LLC,   4425 Ponce de Leon Blvd.,   5th Floor,   Miami, FL 33146-1837
13947886        +E-mail/Text: notices@burt-law.com May 19 2018 01:59:20    Burton Neil & Associates,
                 Trenton A. Farmer, Esq.,   1060 Andrew Drive,   Suite 170,   West Chester, PA 19380-5601
13947887         EDI: CAPITALONE.COM May 19 2018 05:53:00    Capital One Bank (USA), NA,   PO Box 71083,
                 Charlotte, NC 28272-1083
14013306         EDI: BL-BECKET.COM May 19 2018 05:53:00    Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
13947888        +EDI: CHASE.COM May 19 2018 05:53:00    Chase Bank USA, NA,   PO Box 15123,
                 Wilmington, DE 19850-5123
13947891        +EDI: IRS.COM May 19 2018 05:53:00    IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
13947892         EDI: CBSKOHLS.COM May 19 2018 05:53:00    Kohls,   PO Box 2983,   Milwaukee, WI 53201-2983
13947893         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 19 2018 01:58:25    PA Dept of Revenue,
                 ATTN: Bankruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0946
13972170        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 19 2018 01:58:25
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                    TOTAL: 12


                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
```
              JOSEPH JASPER SWARTZ   on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
              RA-occbankruptcy6@state.pa.us
              KEVIN G. MCDONALD   on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY   on behalf of Creditor    U.S. Bank Trust, N.A. bkyefile@rasflaw.com
              MARIO J. HANYON   on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
```

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: May 18, 2018
                              Form ID: 318             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        NATHALIE  PAUL    on behalf of Creditor   LSF9 Master Participation Trust npaul@weltman.com,
         PitEcf@weltman.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        REBECCA ANN SOLARZ    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
        ROBERT H. HOLBER   trustee@holber.com,  rholber@ecf.epiqsystems.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

                                               TOTAL: 9

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kathleen D. Emmons** | Social Security number or ITIN | **xxx–xx–6470** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    **Eastern District of Pennsylvania**

Case number:    **17–14602–jkf**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kathleen D. Emmons

<u>5/17/18</u>

**By the court:** <u>Jean K. FitzSimon</u>
                        United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---